United States District Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| VS. § | CRIMINAL NO. 4:25-CR-00051 |
| § | |
| David Lam § | |

## ORDER MODIFYING BOND CONDITIONS

On March 24, 2025, David Lam, with counsel appeared before the Court for a Final hearing on a Pretrial Release Violation. For reasons stated on the record, it is

ORDERED that prior approval from Pretrial Services is required before opening any bank account. All other conditions remain in place.

Signed on March 24, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge