United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.  § | CRIMINAL NO. H-25-051 |
| § | |
| DAVID LAM § | |

### ORDER

It is **ORDERED** that the Unopposed Motion to Continue (Instrument no. 33) is **GRANTED**; the present Scheduling Order (docket no. 29) is **VACATED**.

In lieu of issuing a Scheduling Order, it is **ORDERED** that the Parties **SHALL** submit a Joint Status Report on or before **July 1, 2025**, and every sixty (60) days thereafter, on the progress of this case.

**SIGNED** at Houston, Texas, on this 4th day of April, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE